

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Thais R. Ridgeway**
phone: 212-356-3586
fax: 212-356-2089
email: tridgew@law.nyc.gov
(not for service)

December 31, 2020

**BY ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: *S.M.. et al., v. New York City Department of Education,*
       20-CV-08361 (JPC)

Dear Judge Cronan:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education, in the above-referenced matter. I write in accordance with Your Honor's Individual Rules of Practice § 3(B) to respectfully request to adjourn the Initial Conference currently scheduled January 7, 2021.

  The additional time requested would allow the undersigned to review Plaintiffs' counsel billing statements in connection with the underlying action, request appropriate authority, and engage in settlement discussions with the goal of resolving the action without the Court's intervention. This is the first request for an adjournment of the initial conference.

  Justin Coretti, Esq., counsel for Plaintiffs, consents to the proposed adjournment of the Initial Conference to the week of February 8-12, 2021. Lastly, the proposed adjournment does not effect any currently scheduled events in the action.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Thais R. Ridgeway
Assistant Corporation Counsel

CC: **BY ECF**
Justin Coretti, Esq.
Cuddy Law Firm
5693 South Street Road
Auburn, New York 13021
jcoretti@cuddylawfirm.com
(315) 370-1042

Defendant's request is GRANTED. The initial pretrial conference scheduled for January 7, 2021 at 3:00 p.m. is adjourned to February 8, 2021 at 11:30 a.m. The parties shall submit the joint letter described in the Notice of Initial Pretrial Conference, Dkt. 5, and the proposed case management plan by February 1, 2021.

If the parties believe that a settlement conference before a Magistrate Judge or participation in the District's Mediation Program would be helpful, the parties shall submit a joint letter requesting such a referral.

SO ORDERED.

Date: January 4, 2021
   New York, New York

JOHN P. CRONAN
United States District Judge