

**HOGUET NEWMAN REGAL & KENNEY,** LLP

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

ejaffe@hnrklaw.com

January 27, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *S.M. obo J.S. v. New York City Dep't of Educ.*,
 20 Civ. 8361 (JPC)

Dear Judge Cronan,

  This firm has recently assumed the representation of Defendant New York City Department of Education in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*.  I write on behalf of all parties to jointly and respectfully request a 45-day adjournment of the initial conference, currently scheduled for 11:30 a.m. on February 8, 2021, until March 25, 2021, or another date otherwise convenient for the Court. This is the second request for an adjournment of the initial conference.

  The undersigned recently assumed representation from prior counsel. As such, the requested extension will provide the undersigned sufficient time to review Plaintiffs' fee demand and engage in meaningful settlement discussions. The 45-day extension will allow the parties time to work towards a resolution, and the parties are hopeful this case will not require further judicial intervention.

  Accordingly, the parties respectfully request a 45-day adjournment of the initial conference, currently scheduled for 11:30 a.m. on February 8, 2021, until a date on or after March 25, 2021.  We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Evan F. Jaffe

cc:  Justin Coretti, Esq. (VIA ECF)
   *Attorneys for Plaintiffs*

This request is GRANTED.  The IPTC scheduled for February 8, 2021 at 11:30 a.m. is adjourned to March 29, 2021 at 11:00 a.m.

SO ORDERED.

Date: January 27, 2021
   New York, New York

JOHN P. CRONAN
United States District Judge