

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

ejaffe@hnrklaw.com

March 22, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *S.M. obo J.S. v. New York City Dep't of Educ.*,
    20 Civ. 8361 (JPC)

Dear Judge Cronan,

This firm represents Defendant New York City Department of Education in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*. I write on behalf of all parties to jointly and respectfully request a 30-day adjournment of the initial conference, currently scheduled for 11:00 a.m. on March 29, 2021, until April 30, 2021, or another date otherwise convenient for the Court. This is the third request for an adjournment of the initial conference.

Today, the parties engaged in a meaningful settlement call and made progress towards a potential resolution of this action. An additional 30 days will allow the parties time to work towards a resolution, and the parties are hopeful this case will not require further judicial intervention.

Accordingly, the parties respectfully request a 30-day adjournment of the initial conference, currently scheduled for 11:00 a.m. on March 29, 2021, until a date on or after April 30, 2021. We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ _____

Evan F. Jaffe

cc: Justin Coretti, Esq. (VIA ECF)
    *Attorneys for Plaintiffs*

This request is granted. The initial pretrial conference is adjourned to May 10, 2021 at 11:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date: March 22, 2021
New York, New York

*[signature]*

JOHN P. CRONAN
United States District Judge