

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

ejaffe@hnrklaw.com

May 3, 2021

> This request is granted. The initial pretrial conference scheduled for May 10, 2021 at 11:30 a.m is adjourned *sine die*. By separate order, the Court will refer this case to Judge Wang for a settlement conference. The parties shall submit a joint letter updating the Court on the status of settlement by August 4, 2021 or upon completion of the settlement conference.
>
> SO ORDERED.
>
> Date: May 4, 2021
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *S.M. obo J.S. v. New York City Dep't of Educ.*,
  20 Civ. 8361 (JPC)

Dear Judge Cronan,

    This firm represents Defendant New York City Department of Education in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*. For the reasons that follow, I write on behalf of all parties to jointly and respectfully request that the Court (i) adjourn the initial conference, currently scheduled for 11:00 a.m. on May 10, 2021, *sine die*, and (ii) refer the parties to the designated Magistrate Judge in this action, Magistrate Judge Ona T. Wang, for a settlement conference.[1] The parties also agree to a settlement conference before Your Honor. This is the parties' third request to adjourn the initial conference.

    The parties have engaged in extensive settlement discussions over the prior months, however, a gap remains since the parties' last offers. As such, a settlement conference will assist the parties in resolving the action without further court intervention and expense of continued litigation, including motion practice.

    Accordingly, the parties respectfully request (i) an adjournment of the initial conference, currently scheduled for 11:00 a.m. on May 10, 2021, *sine die*, and (ii) a referral to the designated Magistrate Judge in this action, Magistrate Judge Ona T. Wang, for a settlement conference. We thank the Court for its time and consideration of this request.

    Respectfully submitted,

    /s/

    Evan F. Jaffe

cc:  Justin Coretti, Esq. (VIA ECF)
  *Attorneys for Plaintiffs*

---

[1] Defense counsel is unavailable on May 17, June 17-18, and 21-24, 2021.